| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2015 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Hughes, Lynn N. | 2. Court or Organization<br><br>Southern District of Texas | 3. Date of Report<br><br>05/16/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>Suite 11122<br>515 Rusk Street<br>Houston, Texas 77002 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Independent Executor | Estate (relative, no interest, no compensation) |
| 2. | Advisory Director | World Affairs Council of Houston |
| 3. | Advisory Director | Bilateral US-Arab Chamber of Commerce |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 05/16/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. **********Land********** | | | | | | | | | |
| 2. Tract One, Colorado County, Texas; grazing | D | Rent | M | R | | | | | 12/30/91 -- $185,500 |
| 3. Tract Two, Colorado & Wharton Counties, Texas; rice | E | Rent | N | R | | | | | 12/30/91 -- $332,112 |
| 4. TwoTract Two, Grant of Easement (Y) Wharton County, Texas | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. **********Minerals******** | | | | | | | | | |
| 8. San Juan County, New Mexico - Production Gathering | A | Royalty | J | W | | | | | |
| 9. San Juan County, New Mexico - Blue Door (Y) | | | | | | | | | See Note One |
| 10. San Juan County, New Mexico - McLane Family | A | Royalty | J | W | | | | | |
| 11. Coleman County, Texas - Sunoco (Y) | | | | | | | | | See Note One |
| 12. Nueces County, Texas - Linn | A | Royalty | J | W | | | | | |
| 13. San Juan County, New Mexico - CML Exploration (Y) | | | | | | | | | See Note One |
| 14. Wharton County, Texas - Everest (Y) | | | | | | | | | See Note One |
| 15. San Juan County, New Mexico - Flint Hills (Y) | | | | | | | | | See Note One |
| 16. San Juan County, New Mexico - ConocoPhillips | A | Royalty | J | W | | | | | |
| 17. Wood County, Texas - Estate Southwest Operating (Y) | | | | | | | | | See Note One |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wharton County, Texas - NCEY (Y) | | | | | | | | | See Note One |
| 19. Andrews County, Texas - Vanguard | B | Royalty | J | W | | | | | |
| 20. San Juan County, New Mexico - XTO Energy | B | Royalty | J | W | | | | | |
| 21. San Juan County, New Mexico - Southland (formerly BP America) | A | Royalty | J | W | | | | | |
| 22. San Juan County, New Mexico - Energen (now Southland) | A | Royalty | J | W | | | | | |
| 23. San Juan County, New Mexico - SG Interests (Y) | | | | | | | | | See Note One |
| 24. San Juan County, New Mexico - Turner (Y) | | | | | | | | | See Note One |
| 25. Wharton County, Texas - Century Assets (Y) | | | | | | | | | See Note One |
| 26. San Juan County, New Mexico - Cross Timbers | A | Royalty | J | W | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. ********Mutual Funds*********** | | | | | | | | | |
| 30. *WF Command Asset Program -- GPR | | | | | | | | | |
| 31. Invesco International Growth | C | Dividend | N | T | | | | | |
| 32. Invesco Asia Growth | D | Dividend | O | T | | | | | |
| 33. Invesco Developing Markets | D | Dividend | P1 | T | | | | | |
| 34. Harbor Fund Intl Fund Instl Hainx | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Eagle Small Cap Growth Fund | A | Dividend | | | Sold | 04/01/15 | J | B | |
| 36. Keeley Funds Small Cap | A | Dividend | J | T | | | | | |
| 37. Columbia Value | D | Dividend | N | T | | | | | |
| 38. Mainstay Large Cap | B | Dividend | J | T | | | | | |
| 39. Wells Fargo Funds Emerging Growth Instl | A | Dividend | J | T | | | | | |
| 40. Oppenheimer Developing Markets | A | Dividend | | | Sold | 12/02/15 | J | A | |
| 41. Pioneer Mid-Cap Value | C | Dividend | N | T | | | | | |
| 42. Prudential Mid Cap Growth | B | Dividend | O | T | | | | | |
| 43. Prudential Equity Opportunity | B | Dividend | P1 | T | | | | | |
| 44. Touchstone Strategic Large Cap Growth | A | Dividend | | | Sold | 12/02/15 | J | A | |
| 45. | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. *WF Command Asset Program -- LNH | | | | | | | | | |
| 48. Delaware Smid Cap Growth | D | Dividend | J | T | | | | | |
| 49. Delaware Group Global & Intl Equity Fund | B | Dividend | N | T | | | | | |
| 50. Delaware Group US Growth | C | Dividend | N | T | | | | | |
| 51. Delaware Group Small Cap Value | B | Dividend | O | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less       K =$15,001 - $50,000       L =$50,000 - $100,000          M =$100,001 - $250,000
   (See Columns C1 and D3)     N =$250,001 - $500,000   O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                               P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal             R =Cost (Real Estate Only)  S =Assessment                  T =Cash Market
   (See Column C2)              U =Book Value            V =Other                    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Delaware Group Equity Funds II | D | Dividend | J | T | | | | | |
| 53. | Delaware Group Equity Funds II Cl DD | D | Dividend | J | T | | | | | |
| 54. | Prudential Invt Port 12 Global Real Estate | B | Dividend | L | T | | | | | |
| 55. | | | | | | | | | | |
| 56. | | | | | | | | | | |
| 57. | **********Equities********** | | | | | | | | | |
| 58. | Prosperity Bancshares | B | Dividend | L | T | | | | | |
| 59. | Chevron | D | Dividend | M | T | | | | | |
| 60. | Wells Fargo & Co. (GPR) | G | Dividend | P1 | T | | | | | |
| 61. | Wells Fargo & Co. (LNH) | E | Dividend | L | T | | | | | |
| 62. | | | | | | | | | | |
| 63. | | | | | | | | | | |
| 64. | ******Alternative Investments******** | | | | | | | | | |
| 65. | ABS Global Long Short | D | Distribution | J | T | | | | | |
| 66. | Aurora Diversified ASP | A | Distribution | J | T | | | | | |
| 67. | Graham Alt Inv ASP | A | Distribution | M | T | | | | | |
| 68. | Corbin Pinehurst Partners ASP | D | Distribution | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. WNT Futures ASP | A | Distribution | M | T | | | | | |
| 70. Blue Trend ASP | D | Distribution | M | T | | | | | |
| 71. | | | | | | | | | |
| 72. | | | | | | | | | |
| 73. ****Money Market Funds ***** | | | | | | | | | |
| 74. Wells Fargo Advisors | A | Interest | | | | | | | See Note Two |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. *****Bank Accounts***** | | | | | | | | | |
| 78. JP Morgan- Chase | A | Interest | K | T | | | | | |
| 79. Wells Fargo Bank - 1 | A | Interest | K | T | | | | | |
| 80. Wells Fargo Bank - 2 | A | Interest | N | T | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. *****Municipal Bonds***** | | | | | | | | | |
| 84. Roma ISD | A | Interest | K | T | | | | | |
| 85. New Braunfels | A | Interest | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hughes, Lynn N. | 05/16/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. University of Texas | A | Interest | K | T | | | | | |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. **********Estate********** | | | | | | | | | |
| 90. USB Cashfund Money Market | A | Interest | J | T | | | | | |
| 91. RMA Money Market Portfolio | B | Interest | J | T | | | | | |
| 92. FT Templeton Growth C | F | Interest | L | T | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. | | | | | | | | | |
| 96. | | | | | | | | | |
| 97. *********End********** | | | | | | | | | |
| 98. | | | | | | | | | |
| 99. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note One: Interest is still owned, however no income for reporting year.

Note Two: Sweep account for cash that accumulates in brockerage account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature: **s/ Lynn N. Hughes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544